

**Barbara VOLCY, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,
Respondent.**

No. 02–3286.

United States Court of Appeals,
Federal Circuit.

Aug. 1, 2002.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ronald M. SINGLETON, Petitioner,**

v.

**DEPARTMENT OF THE
NAVY, Respondent.**

No. 02–3287.

United States Court of Appeals,
Federal Circuit.

Aug. 1, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Alphonso SCOTT, Petitioner.**

No. 701.

United States Court of Appeals,
Federal Circuit.

Aug. 2, 2002.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

ON PETITION FOR WRIT
OF MANDAMUS

GAJARSA, Circuit Judge.

*ORDER*

Alphonso Scott petitions for a writ of mandamus to direct the Court of Appeals for Veterans Claims to comply with this court's judgment in appeal 99–7197.

Scott previously appealed, to this court, a decision of the Court of Appeals for Veterans Claims that had denied his claim for benefits as not well-grounded. We noted that the recent enactment of the